**IN RE C.L.C., K.T.R., A.M.R., & E.A.R.**

[360 N.C. 475 (2006)]

IN THE MATTERS OF C.L.C., K.T.R., A.M.R., AND E.A.R.

No. 467A05

(Filed 5 May 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 171 N.C. App. 438, 615 S.E.2d 704 (2005), affirming a judgment terminating respondent's parental rights signed on 15 October 2003 by Judge Marvin P. Pope in District Court, Buncombe County. On 26 January 2006, the Supreme Court allowed respondent's petition for discretionary review as to additional issues. Heard in the Supreme Court 19 April 2006.

*Charlotte W. Nallan and John Adams for petitioner-appellee Buncombe County Department of Social Services.*

*Charlotte Gail Blake for respondent-appellant mother.*

*Judy N. Rudolph for appellee Guardian ad Litem.*

PER CURIAM.

As to the appeal of right based on the dissenting opinion, we affirm the majority decision of the Court of Appeals. We conclude that the petition for discretionary review as to additional issues was improvidently allowed.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.